# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| ERIC L. THOMAS | ) |
| | ) |
| v. | ) CIVIL NO.  1:15-cv-453-GZS |
| | ) |
| PAN AM RAILWAYS INC & SPRINGFIELD | ) |
| TERMINAL RAILWAY COMPANY | ) |

## ORDER OF DISMISSAL

This action having been reported settled on July 14, 2016, and counsel having failed to file the papers necessary to terminate the action as of record by the October 19, 2016 deadline;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK


BY:   /s/ Lindsey Caron
        Deputy Clerk

Dated this 21st day of October, 2016.